UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| LARSON MANUFACTURING COMPANY OF SOUTH DAKOTA, INC., SUPERIOR HOMES, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>WESTERN SHOWCASE HOMES, INC., AMERICAN MODULAR HOUSING GROUP, LLC, AMERICAN MODULAR HOUSING GROUP, INC., PAUL THOMAS,<br><br>Defendants. | 4:16-CV-04118-VLD<br><br><br>ORDER OF DISMISSAL |

The court has been advised the parties resolved their dispute at a mediation held on June 13, 2019. Therefore, it is

ORDERED that this action is hereby dismissed with prejudice and without costs, each party to pay their own costs. Any party, on good cause shown on or before October 15, 2019, may move to vacate this order and reopen this action if settlement is not consummated. The court also retains ancillary jurisdiction to enforce all settlement agreements entered into by the parties and their representatives. See Harris v. Arkansas State Highway and Transp. Dep't., 437 F.3d 749 (8th Cir. 2006).

DATED this 18th day of June, 2019.

BY THE COURT:

VERONICA L. DUFFY
United States Magistrate Judge